# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| AL PEREIRA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:18-cv-02622-RGK-JC |
| v. | |
| 3072541 CANADA, INC., et al. | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Local Rules, General Order 10-07 and/or the Court's Case Management Order as indicated:

| 05/21/2018 | / | 14 | / | APPLICATION OF NON-RESIDENT ATTY |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
|  | / |  | / |  |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing.
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☒ Other Digital signatures are not permitted.

**Note:** Please refer to the court's Internet website at www.cacd.uscourts.gov for Local Rules, General Order 10-07 and applicable forms.

Dated: 05/22/2018        By: _Jay Klausner_
                         U.S. District Judge / U.S. Magistrate Judge

*cc: Assigned District and/or Magistrate Judge*

G-106 (12/10)        **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT**