Name and address:

Joseph A. Dunne
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL PEREIRA, <br> Plaintiff(s), <br> v. <br> 3072541 CANADA INC.; and DOES 1-10 INCLUSIVE, <br> Defendant(s). | CASE NUMBER <br> 2:18-cv-2622-RGK-JC <br><br> APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $325 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Dunne, Joseph A
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

Liebowitz Law Firm, PLLC
*Firm/Agency Name*

11 Sunrise Plaza, Suite 305                    516-233-1660
                                               *Telephone Number*          *Fax Number*
*Street Address*

Valley Stream, NY 11580                        jd@liebowitzlawfirm.com
*City, State, Zip Code*                        *E-mail Address*

**I have been retained to represent the following parties:**

Al Pereira                                     ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____
                                               ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| New York State | June 23, 2010 | Yes |
| Southern and Eastern District of New York | 8/27/2010; 12/1/2010 | Yes; Yes |
| Connecticut | 1/22/2010 | Inactive/Rescindable Retirement |

G-64 (6/16)       APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*       Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:16-cv-04740 (CAS) | IQAIR North America, Inc. v. Dust-Trap Dist., et al. | 08/08/2016 | Granted 8/22/2016 |
| 2:15-cv-08430 (SVW) | Winix, Inc., et al v. Eric Hulli, et al | 01/13/2016 | Granted 1/14/2016 |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[blank text box]

Has the applicant previously registered as a CM/ECF user in the Central District of California?   [X] Yes   [ ] No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   [ ] Yes   [X] No

joe.dunne@dunnelaw.net
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 05/21/2018

Joseph A. Dunne
*Applicant's Name (please type or print)*

[signature]
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Vakil, Imran F.
*Designee's Name (Last Name, First Name & Middle Initial)*

Nexio, PC
*Firm/Agency Name*

243 Fischer Avenue
Suite C3
*Street Address*

Costa Mesa, CA 92626
*City, State, Zip Code*

(949)478-6830
*Telephone Number*

(949)478-1275
*Fax Number*

ivakil@nexiolaw.com
*E-mail Address*

248859
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated  5/21/2018

Imran F. Vakil
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Joseph Anthony Dunne** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 23rd day of June 2010, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on May 21, 2018.

*Aprilanne Agostino*
Clerk of the Court

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 245 Fischer Avenue, Suite C3, Costa Mesa, CA 92626.

On May 23, 2018 I caused to be served to the addresses and by the method of service described as follows (1) **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE;** (2) **[PROPOSED] ORDER,** on:

Jeffrey A. Kobulnick
Brutzkus Gubner Rozansky Seror Weber LLP
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367-4911
*Attorneys for Defendant 3072541 Canada, Inc.*

[ ]  (BY EMAIL)

[ ]  (BY PERSONAL SERVICE) I delivered to [COURIER SERVICE], a courier service authorized to receive documents to be delivered to the above on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

[ ]  (BY CM/ECF) On May 23, 2018, I filed the above referenced document(s) via the United States District Court, electronic filing system and all attorneys who have appeared in this matter that have registered for electronic service will be served in that manner.

[X]  (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY OVERNIGHT DELIVERY) I caused said envelope (s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee (s).

Executed on May 23, 2018 at Costa Mesa, California.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of their court at whose direction the service was made.

_____
Imran F. Vakil