Gregory P. Goonan – Bar No. 119821
The Affinity Law Group
5755 Oberlin Drive, Suite 200
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Joseph A Dunne, Esq. (Pro Hac Vice)
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, New York 11580
T. 516-233-1660
JD@liebowitzlawfirm.com
*Attorneys for Plaintiff, Al Pereira*

Mark D. Brutzkus - Bar No. 128102
Jeffrey A. Kobulnick - Bar No. 228299
Michael A. Bernet - Bar No. 306657
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: mbrutzkus@bg.law
jkobulnick@bg.law
mbernet@bg.law
*Attorneys for Defendant, 3072541 CANADA INC.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AL PEREIRA<br><br>            Plaintiff,<br><br>     v.<br><br>3072541 CANADA, INC; AND DOES 1-10 INCLUSIVE<br><br>            Defendants | Case No. 2:18-CV-2622-RGK-JCx<br><br>**NOTICE OF LODGING OF [Proposed] STIPULATED PROTECTIVE ORDER** |

1 | The parties hereby lodge the attached Proposed Stipulated Protective Order.

3 | DATED: September 14, 2018                Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

By: /s/ Joseph A. Dunne
Joseph A Dunne, Esq. (Pro Hac Vice)
JD@liebowitzlawfirm.com
11 Sunrise Plaza, Suite 301
Valley Stream, New York 11580
T. 516-233-1660

/s/ Gregory P. Goonan
Gregory P. Goonan, Esq.
5755 Oberlin Drive, Suite 200
San Diego, CA  92121
Phone: 619.990.7077
Fax: 619.243.0088
ggoonan@affinity-law.com
*Attorneys for Plaintiff, Al Pereira*

BRUTZKUS GUBNER

By: /s/ Jeffrey A. Kobulnick
Mark D. Brutzkus
Jeffrey A. Kobulnick
Michael A. Bernet
*Attorneys For Defendant,
3072541 Canada Inc.*

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

DATED: September 14, 2018

/s/ Gregory P. Goonan
Gregory P. Goonan, Esq.
5755 Oberlin Drive, Suite 200
San Diego, CA  92121
Phone: 619.990.7077
Fax: 619.243.0088
ggoonan@affinity-law.com
*Attorneys for Plaintiff, Al Pereira*