UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:18–cv–02622–RGK–JC | Date | 9/19/2018 |
|---|---|---|---|
| Title | AL PEREIRA V. 3072541 CANADA INC. ET AL | | |

Present :   The Honorable R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon Williams | Sandra MacNeil | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Gregory Goonan                          Jeffrey Kobulnick

**Proceedings:       SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Jury Trial (Est. 2–3 days): | June 11, 2019 at 09:00 AM |
| Pretrial Conference: | June 3, 2019 at 09:00 AM |
| Motion Cut–Off Date (last day to file): | March 27, 2019 |
| Discovery Cut–Off Date: | March 13, 2019 |

Last day to motion the Court to add parties or amend complaint is 10/20/2018. Counsel inform the Court that they have selected settlement option number 1 – Magistrate Judge.

**IT IS SO ORDERED.**

:03
Initials of Preparer:   sw

cc:      ADR UNIT