Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5755 Oberlin Drive, Suite 200
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Joseph A. Dunne (Pro Hac Vice)
**LIEBOWITZ LAW FIRM, PLLC**
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Telephone: (516) 233-1660
Email: JD@liebowitzlawfirm.com

Attorneys for Plaintiff
Al Pereira

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL PEREIRA, | ) |
| | ) CASE NO. 2:18-cv-2622-RGK-JCx |
| Plaintiff, | ) |
| vs. | ) |
| | ) **NOTICE OF SETTLEMENT** |
| 3072541 CANADA, INC.; AND DOES 1-10, INCLUSIVE, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT**

1

TO THE COURT, THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a settlement in principle has been reached between plaintiff Al Pereira and defendant 3072541 Canada, Inc., who are currently negotiating the terms of a final written settlement agreement. Pursuant to such settlement in principle, it is anticipated that this action will be voluntarily dismissed in its entirety upon the execution of the written settlement agreement, which is expected to occur within twenty-one (21) days of the date of this notice.

DATED: November 6, 2018          THE AFFINITY LAW GROUP

By: /s/ Gregory P. Goonan
Gregory P. Goonan
Attorneys for Plaintiff
Al Pereira

**NOTICE OF SETTLEMENT**

2