# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-2622 RGK(JCx) | Date | November 6, 2018 |
|---|---|---|---|
| Title | Al Pereira v. 3072541 Canada Inc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** **ORDER VACATING SETTLEMENT PROCEEDINGS**

    In light of the filing of the Notice of Settlement this date, the Pre-Settlement Telephonic Conference scheduled for November 16, 2018 at 3:30 p.m. and the Settlement Conference scheduled for November 29, 2018 at 9:30 a.m. are hereby vacated. No appearance by counsel or the parties is necessary. Further, the parties are relieved of their obligations to file Settlement Conference Statements and Confidential Addenda thereto.

    IT IS SO ORDERED.