Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5755 Oberlin Drive, Suite 200
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Joseph A. Dunne (Pro Hac Vice)
**LIEBOWITZ LAW FIRM, PLLC**
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Telephone: (516) 233-1660
Email: JD@liebowitzlawfirm.com

Attorneys for Plaintiff
Al Pereira

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL PEREIRA, | ) CASE NO.  2:18-cv-02622-RGK-JCx |
| Plaintiff, | ) |
| vs. | ) **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| 3072541 CANADA, INC.; AND DOES 1-10, INCLUSIVE, | ) |
| Defendants. | ) **[FRCP 41(a)(1)(A)(ii)]** |

TO THE COURT, THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys of record, that a settlement of this matter has been reached between plaintiff Al Pereira and defendant 3072541 Canada, Inc. and that this case therefore should be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side will bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED:  January 29, 2019

LIEBOWITZ LAW FIRM, PLLC

By: /s/ Joseph A. Dunne
Joseph A Dunne (Pro Hac Vice)
JD@liebowitzlawfirm.com
11 Sunrise Plaza, Suite 301
Valley Stream, New York 11580

THE AFFINITY LAW GROUP

By: /s/ Gregory P. Goonan
Gregory P. Goonan
5755 Oberlin Drive, Suite 200
San Diego, CA  92121
ggoonan@affinity-law.com
*Attorneys for Plaintiff Al Pereira*

BRUTZKUS GUBNER

By: /s/ Jeffrey A. Kobulnick
Mark D. Brutzkus
Jeffrey A. Kobulnick
Michael A. Bernet
*Attorneys For Defendant,
3072541 Canada Inc.*

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

2

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

DATED: January 29, 2019

THE AFFINITY LAW GROUP

By: /s/ Gregory P. Goonan
Gregory P. Goonan
5755 Oberlin Drive, Suite 200
San Diego, CA 92121
ggoonan@affinity-law.com
*Attorneys for Plaintiff Al Pereira*

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**